**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Stella D. Salmeron v. Dell, Inc.

Appellate case number:    01-19-00922-CV

Trial court case number:   1138976

Trial court:             County Civil Court at Law No. 1 of Harris County

Appellant, Stella D. Salmeron, has filed a notice of appeal of the trial court's judgment signed on October 16, 2019. Appellant filed a statement of inability to afford payment of court costs or an appeal bond in the trial court on August 2, 2019. The appellate record does not indicate that the trial court overruled appellant's claim of indigence. *See* TEX. R. APP. P. 20.1(b)(1). Appellant may therefore proceed on appeal without payment of costs.

We **order** the Clerk of this Court to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The clerk's record has been filed in this Court with the notation that appellant is indigent. We **order** the trial court clerk to provide a complete copy of the reporter's record, if any, to appellant without charge. *See* TEX. R. CIV. P. 145.

It is so ORDERED.

Judge's signature:   /s/ Evelyn V. Keyes
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 30, 2020